### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| LARRY HALL,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JVC AMERICA, INC.  )<br>and ADECCO USA, INC.,  )<br>  )<br>    Defendants.  )<br>_____) | Civil Action No.: 7:15-cv-00195-LSC |

**CONSENT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT ADECCO USA, INC. TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff Larry Hall and Defendant Adecco USA, Inc., by and through their undersigned counsel, hereby agree and stipulate that the deadline for Defendant Adecco USA, Inc. to answer, plead or otherwise respond to Plaintiff's Amended Complaint shall be extended for a period of eighteen (18) days, through and including April 6, 2015.

Respectfully submitted this 18th day of March, 2015.

| | |
|---|---|
| */s/ H. Wallace Blizzard, III*<br>H. Wallace Blizzard, III *(by Peter M. Crofton with express permission)*<br>Alabama Bar No. ASB-8969-B59H | */s/ Peter M. Crofton*<br>Peter M. Crofton<br>Alabama Bar No. ASB-4856-R67P |

| | |
|---|---|
| WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC<br>301 19th Street North<br>Phone:  (205) 314-0500<br>Fax: (205) 254-1500<br>Email: wblizzard@wigginschilds.com<br><br>*Counsel for Plaintiff Larry Hall* | SMITH, GAMBRELL & RUSSELL, LLP<br>Suite 3100, Promenade<br>1230 Peachtree Street, NE<br>Atlanta, Georgia 30309-3592<br>Phone:  (404) 815-3636<br>Fax:     (404) 685-7036<br>Email:  pcrofton@sgrlaw.com<br><br>*Counsel for Defendant Adecco USA, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| LARRY HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:15-cv-00195-LSC |
| ) | |
| JVC AMERICA, INC. ) | |
| and ADECCO USA, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing **Consent Stipulation Regarding Extension of Time for Defendant Adecco USA, Inc. to Answer, Plead, or Otherwise Respond to Plaintiff's Amended Complaint** electronically with the Clerk of Court using the CM/ECF system, which will send a copy to all counsel of record.

This 18th day of March, 2015.

SMITH, GAMBRELL & RUSSELL, LLP

1230 Peachtree Street, N.E.   */s/ Peter M. Crofton*
Suite 3100, Promenade        Peter M. Crofton
Atlanta, Georgia  30309-3592  Alabama Bar No. ASB-4856-R67P
Telephone:  (404) 815-3636
Facsimile:  (404) 685-7036
pcrofton@sgrlaw.com          *Attorneys for Defendant Adecco USA, Inc.*